UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO A. NAVARRO-SILVA,

          Plaintiff,

    v.

WELLPATH MEDICAL SERVICES, et al.,

          Defendants.

Case No.  26-cv-00100-RMI

**ORDER GRANTING EXTENSION**

Re: Dkt. No. 9

For good cause shown, it is hereby **ORDERED** that Plaintiff's request for an extension of time (dkt. 9) to retain counsel to file an amended complaint is **GRANTED**, and the amended complaint shall be filed or counsel may appear by **May 18, 2026**.

    **IT IS SO ORDERED.**

Dated: April 21, 2026

_____

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California