UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO A. NAVARRO-SILVA,

Plaintiff,

v.

WELLPATH MEDICAL SERVICES,

Defendant.

Case No.  26-cv-00100-RMI

**ORDER GRANTING EXTENSION**

Re: Dkt. No. 14

For good cause shown, it is hereby **ORDERED** that Plaintiff's request for an extension of time (dkt. 14) to file a second amended complaint is **GRANTED**, and the second amended complaint shall be filed by **July 29, 2026**.

**IT IS SO ORDERED.**

Dated: July 6, 2026

ROBERT M. ILLMAN
United States Magistrate Judge